# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Stacy Johnson
Plaintiff(s)

v.                                                          Civil Action No.: 5:24-cv-00014

Sodexo, Inc.
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Sodexo, Inc.                                   who is   Defendant
(Name of party you represent)                           (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes   ☒ No

2. Does the party have any parent corporations?
   ☒ Yes   ☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   Sodexo, S.A., a societe anonyme organized under the laws of the Republic of France

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ Yes   ☐ No

   If yes, identify all such owners:

   Sodexo, Inc. is a wholly owned subsidiary of Sodexo, S.A., which is listed on the Euronext Paris First Market

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

_____                    3/12/2024
(Signature)                                        (Date)